| | |
|---|---|
| PRASHANTH REDDY DYNASTY TRUST and AAKSA JAI, LLC,<br><br>　　　　Plaintiffs-Appellants,<br><br>　v.<br><br>THOMAS J. MCDONOUGH, TJM-HSH, LLC, TJM CAPITAL PARTNERS LLC, and HAYES SERVICES HOLDINGS, LLC,<br><br>　　　　Defendants-Appellees. | Case No. 26-2612<br><br>Trial Judge: Hon. Manish S. Shah |

## **PLAINTIFFS' DOCKETING STATEMENT**

Plaintiffs Prashanth Reddy Dynasty Trust and Aaksa Jai, LLC

("Plaintiffs-Appellants") submit their Docketing Statement in accordance with 7th

Cir. R. 3(c)(1), 28(a) and state as follows:

1. There are no prior or related appellate proceedings in this case.

2. Plaintiffs-Appellants filed suit against Defendants-Appellees alleging

claims for fraud in violation of the federal Securities Exchange Act of 1934,

Section 10(b), codified at 15 U.S.C. § 78j, and Rule 10b-5, codified at 17 CFR

240.10b-5 as well as Illinois state law claims for fraud in violation of the Illinois

Securities Law of 1953, codified at 815 ILCS 5/12, common law fraud, fraudulent

misrepresentation, negligent misrepresentation, and seeking equitable remedies of rescission.

3. Plaintiff-Appellant Prashanth Reddy Dynasty Trust is an Irrevocable Trust administered in Westmont, Illinois.

4. Plaintiff-Appellant Aaksa Jai, LLC is a Delaware limited liability company with its principal place of business in Coral Gables, Florida. All members of Aaksa Jai, LLC reside in Florida.

5. Defendant-Appellee Thomas J. McDonough is an individual that resides in Chicago, Illinois.

6. Defendant-Appellee TJM-HSH, LLC is a Delaware limited liability company with its principal place of business at 1230 N. State Parkway, Ste. 11A, Chicago, Illinois 60610.

7. Defendant-Appellee TJM Capital Partners LLC is an Illinois limited liability company with its principal place of business at 1230 N. State Parkway, Ste. 11A, Chicago, Illinois 60610.

8. Defendant-Appellee Hayes Services Holdings, LLC is a Delaware limited liability company with its principal place of business at 5959 S. Harlem Ave, Chicago, Illinois 60638.

9.     The district court had jurisdiction over this action pursuant to 28 U.S.C § 1331 and supplemental jurisdiction over related state law claims pursuant to 28 U.S.C. § 1367.

10.     The district court, through the Honorable Judge Manish S. Shah, entered an order granting Defendant's Motion to Dismiss on June 29, 2026. (ECF Nos. 34, 35). Plaintiffs-Appellants seek review of that order and final judgment.

11.     No party in the district court litigation has claims that are still pending.

12.     The United States Court of Appeals has jurisdiction to decide this case pursuant to 28 U.S.C. §1291 because it is a final decision handed down from a US district court.

13.     Plaintiffs-Appellants' counsel of record in this matter are Samson Widerman, SaDella Duval d'Adrian, and Manish Mehta. Additional counsel for Plaintiffs-Appellants will be Matthew Fox  and Mike Vatis pending pro hac vice.

14.     Plaintiffs-Appellants timely filed their Notice of Appeal on July 29, 2026.

Dated: August 12, 2026                    Respectfully submitted,

                                          */s/ Samson Widerman*
                                          Samson Widerman (ARDC #6354059)
                                          SaDella Duval d'Adrian (ARDC #6345670)

Manish Mehta (ARDC #6290204)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: 312.212.4949
SWiderman@beneschlaw.com
SDuval@beneschlaw.com
MMehta@beneschlaw.com

Matthew Fox (NY #5305883)
Mike Vatis (NY # 2258655)
(Pro Hac Vice Forthcoming)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
1155 Avenue of the Americas, Floor 26
New York, NY 10036
Telephone: 646.593.7050
MFox@beneschlaw.com
MVatis@beneschlaw.com

*Attorneys for Plaintiffs Aaksa Jai, LLC and Prashanth Reddy Dynasty Trust*

# CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2026, the foregoing document was electronically filed using the court's CM/ECF system (CM/ECF) and that a copy was served upon counsel of record via email.

*/s/ Samson Widerman*