# United States Court of Appeals

For the Seventh Circuit
Chicago, IL 60604

No. 26-2612

PRASHANTH REDDY DYNASTY TRUST and AAKSA JAI, LLC,
Plaintiffs - Appellants,

v.

THOMAS J. MCDONOUGH, et al.,
Defendants - Appellees.

Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.

No. 1:25-cv-14128

Manish S. Shah,
*Judge.*

AGREED MOTION FOR VOLUNTARY DISMISSAL

In accordance with discussions held under Federal Rule of Appellate Procedure 33 and with the consent of the Defendants -Appellees, the Plaintiffs-Appellants move the Court to dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b), each party to bear their own costs.

____/s/ Michael Vatis____________
Benesch, Friedlander, Coplan & Aronoff LLP
1301 6th Avenue, Floor 40
New York, NY 10019
Telephone: 646-328-0494
Facsimile: 646-755-3397
Email: mvatis@beneschlaw.com
Attorney for Plaintiffs-Appellants

____November 6, 2026_____________
Date